IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Town of Quartzsite, et al.,<br><br>　　　　　Defendants. | No. CV-13-02170-PHX-NVW<br><br>**ORDER** |

The Court has reviewed the file in this matter and finds that the Complaint was filed on October 24, 2013. Rule 4(m) of the Federal Rules of Civil Procedure requires that service be completed within 120 days of the filing of the Complaint. No Affidavit of Service has been filed in this matter for Defendants Norma Crooks, Mike Jewitt, Carol Kelley, and David Ward.

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed as to Defendants Norma Crooks, Mike Jewitt, Carol Kelley, and David Ward on or after March 24, 2014, without further notice to Plaintiff, unless before then Plaintiff has served these Defendants with process and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*).

Dated this 12th day of March, 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　United States District Judge