IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>    Plaintiff,<br><br>vs.<br><br>Town of Quartzsite, et al.,<br><br>    Defendants. | No. CV-13-02170-PHX-NVW<br><br>**ORDER** |

Plaintiff having failed to comply with the Court's Order (Doc. 13) of March 12, 2014,

IT IS ORDERED dismissing Defendants Norma Crooks, Mike Jewitt, Carol Kelley, and David Ward from the above-entitled action.

DATED this 27th day of March, 2014.

_____
Neil V. Wake
United States District Judge