IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones, | No. CV-13-02170-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Town of Quartzsite, et al., | |
| Defendants. | |

By orders of December 12, 2013, and March 14, 2014, Judge Susan R. Bolton ordered attorney Elmer Stewart Rhodes, III, to withdraw in this case and another case in which he had appeared as pro hac vice counsel. He has not done so.

IT IS THEREFORE ORDERED that attorney Elmer Stewart Rhodes, III, show cause by April 18, 2014, why he should not be discharged as counsel for Plaintiff unless before then he has made his own motion to withdraw.

IT IS FURTHER ORDERED that attorney Elmer Stewart Rhodes, III, serve a copy of this order upon his client and file proof thereof by April 11, 2014. Counsel is warned that if he fails to do so, the Court will bring that failure to the attention of the bar discipline authorities in Montana.

Dated this 3rd day of April, 2014.

_____
Neil V. Wake
United States District Judge