IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Town of Quartzsite, et al.,<br><br>　　　　　　Defendants. | No. CV-13-02170-PHX-NVW<br><br>**ORDER** |

　　　　By orders of December 12, 2013, and March 14, 2014, Judge Susan R. Bolton ordered attorney Elmer Stewart Rhodes, III, to withdraw in this case and another case in which he had appeared as pro hac vice counsel.  He has not done so.

　　　　On April 3, 2014, Mr. Rhodes was ordered to show cause by April 18, 2014, why he should not be discharged as counsel for Plaintiff unless before then he had made his own motion to withdraw.  Mr. Rhodes was further ordered to serve a copy of the April 3, 2014 Order upon his client and file proof thereof by April 11, 2014.  He has not responded to the order to show cause, and he has not filed proof of service of the April 3, 2014 Order.

　　　　Because Mr. Rhodes has failed to respond to repeated orders of the Court, he will be discharged from representing Plaintiff in this matter.  The Court will send a letter to the Montana State Bar Association regarding Mr. Rhodes' failure to respond to court orders.

/ / /

IT IS THEREFORE ORDERED that attorney Elmer Stewart Rhodes, III, is discharged as counsel for Plaintiff Jennifer Marie Jones.

IT IS FURTHER ORDERED that, because Plaintiff now is unrepresented by counsel, the Clerk shall update the Court's docket and mail a copy of this Order to her at the following address:

> Jennifer Marie Jones
> P.O. Box 1320
> Quartzsite, AZ  85346

Dated this 13th day of May, 2014.

_____
Neil V. Wake
United States District Judge