Jennifer Marie Jones
PO Box 1320
Quartzsite, AZ 85346
(928) 785-6318
thedesertfreedompress@yahoo.com
Plaintiff in Pro Se



# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Jennifer Marie Jones,

    Plaintiff,

vs.

Town of Quartzsite, et al.,

No. 2:13-CV-02170-DJH

**MOTION AND AFFIDAVIT TO PROCEED ON APPEAL IN FORMA PAUPERIS**

**NOTICE OF APPEAL**

(Assigned to the Honorable Diane J. Humatewa)

---

Plaintiff Pro Se Jennifer Marie Jones, a party in the within action, hereby moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefore, and for preparation of the record at government expense.

RESPECTFULLY SUBMITTED this 19th, day of June, 2015.

By: /s/ Jennifer Marie Jones
Jennifer Marie Jones
Post Office Box 1320
Quartzsite, Arizona 85346
*Plaintiff, Pro Se*

MOTION AND AFFIDAVIT TO APPEAL IN FORMA PAUPERIS- 1

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF ARIZONA

Jennifer Marie Jones, )
)
            Plaintiff )
)
v. )
) Case No. CV-02170-DJH
Town of Quartzsite, et al., )
)
           Defendant(s) )
)

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
| --- | --- |
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: [signature] Date: 6-19-2015 | |

My issues on appeal are:
    Did the District Court abuse it's discretion by denying Plaintiff's Rule 59(e) Motion to Amend Judgment (Doc.33).

    Did the District Court abuse it's discretion in granting the Defendants' Motion for Judgment on the Pleadings (Doc. 31).

    Plaintiff reserves the right to supplement issues on appeal.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $900.00 | $ N/A | $ none | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ none | $ unknown | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ none | $ unknown |
| Other (specify): | $ none | $ unknown | $ none | $ unknown |
| **Total monthly income:** | **$900.00** | **$ unknown** | **$ none** | **$ unknown** |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| Self-employment | P.O. Box 1320, Quartzsite, AZ | 2010 - present | $ unpredictable |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | | | $ N/A |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have? $450.00*

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Washington Federal | checking | $2.31 | $ N/A |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $2,570.00 | (Value) $3,200.00 |

|  |  | Make and year:1989 |
|  |  | Model: Vanguard |
|  |  | Registration #: BJA3426 |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $1,000.00 | (Value) $200.00 | (Value) $200.00 |
| Make and year: 1984 Allegro | 1956 Fleetwood trailer | 1967 Streamline trailer |
| Model: |  |  |
| Registration #: unknown |  |  |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| none |  |  |
|  |  |  |
|  |  |  |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? [ ] Yes [x] No <br> Is property insurance included? [ ] Yes [x] No | $189.00 | $ none |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $110.00 | $ none |
| Home maintenance (repairs and upkeep) | $ none | $ N/A |
| Food | $150.00 | $ unknown |
| Clothing | $10.00 | $ unknown |
| Laundry and dry-cleaning | $ none | $ unknown |
| Medical and dental expenses | $ none | $ none |
| Transportation (not including motor vehicle payments) | $ none | $ none |
| Recreation, entertainment, newspapers, magazines, etc. | $ none | $ none |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ N/A | $ N/A |
|     Life: | $ N/A | $ N/A |
|     Health: | $ N/A | $ N/A |
|     Motor vehicle: | $ N/A | $ N/A |
|     Other: | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): property tax | $3.00 | $ none |
| Installment payments | | |
|     Motor Vehicle: | $ N/A | $ N/A |
|     Credit card (name): | $ N/A | $ N/A |
|     Department store (name): | $ N/A | $ N/A |
|     Other: | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): dogs | $90.00 | $ N/A |

| Total monthly expenses: | $552.00 | $ unknown |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes [x] No   If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* [ ] Yes [x] No

    *If yes, how much?* $ _____
    *If yes, state the attorney's name, address, and telephone number:*

11. *Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?* [ ] Yes [x] No

    *If yes, how much?* $ _____
    *If yes, state the person's name, address, and telephone number:*

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    Spouse has filed for divorce and injunction prevents liquidation of community property pending order of dissolution of marriage.

    Income is almost exclusively reliant upon the winter tourist season.

13. *State the [city and state] of your legal residence.*
    Quartzsite, Arizona

    *Your daytime phone number:* ( 928 ) 785-6318

    *Your age:* 48   *Your years of schooling:* some college

    *[Last four digits of] your social-security number:* 9421