# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones, | **NO. CV-13-02170-PHX-DJH** |
| Plaintiff, | **AMENDED** |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Quartzsite, Town of, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 2, 2015, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

July 2, 2015

By s/ Linda Patton
Deputy Clerk