The Law Offices of
CURTIS, GOODWIN, SULLIVAN,
  UDALL & SCHWAB, P.L.C.
501 East Thomas Road
Phoenix, Arizona 85012-3205
Telephone (602) 393-1700
firm@cgsuslaw.com
Trish Stuhan, Esq. (#027218)
tstuhan@cgsuslaw.com
Attorneys for the Town of Quartzsite,
  Laura Bruno, Stephen Henrichs,
  Patricia Anderson, and Mark Orgeron

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>                    Plaintiff,<br><br>v.<br><br>Town of Quartzsite; et al.,<br><br>                    Defendants. | **CASE NO. 2:13-CV-02170-PHX-DJH**<br><br>**NOTICE OF WITHDRAWAL OF KELLY Y. SCHWAB**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Pursuant to LRCiv 83.3(b)(4), Defendants, the Town of Quartzsite, Laura Bruno, Stephen Henrichs, Patricia Anderson, and Mark Orgeron hereby provide notice that as of September 25, 2015, Kelly Y. Schwab is no longer associated with the Firm and withdraws as counsel.

Trish Stuhan remains attorney of record and her contact information is unchanged.

/      /      /

/      /      /

-1-

1    DATED this 19th day of October, 2015.

2                                        CURTIS, GOODWIN, SULLIVAN,
                                         UDALL & SCHWAB, P.L.C.
3
                                         By: s/ Trish Stuhan
4                                            Trish Stuhan, Esq.
                                             501 East Thomas Road
5                                            Phoenix, Arizona 85012-3205
                                             Attorneys for the Town of Quartzsite,
6                                            Laura Bruno, Stephen Henrichs, Patricia
                                              Anderson, and Mark Orgeron
7

8                        CERTIFICATE OF SERVICE

9
         I hereby certify that on October 19, 2015, I electronically transmitted the attached
10   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
     Notice of Electronic Filing to the following CM/ECF registrants:
11

12   Jennifer Marie Jones, Plaintiff
     thedesertfreedompress@yahoo.com
13

14   A copy of the foregoing mailed the
     19th day of October, 2015 to:
15

16   Jennifer Marie Jones
     Post Office Box 1320
17   Quartzsite, Arizona  85346

18   s/ Mary Walker

19

20

21

22

23

24

25

-2-